**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | John A. Reitter |
| Debtor 2 (Spouse, if filing) | Dawn M. Reitter |
| | aka Dawn M Ault |
| United States Bankruptcy Court for the: | Southern District of Ohio (State) |
| Case number | 2:14-bk-56040 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC As Serviced by Specialized Loan Servicing, LLC | **Court claim no.** (if known): | 4-1 |
| **Last four digits** of any number you use to identify the debtor's account: | 5425 | **Date of payment change:** Must be at least 21 days after date of this notice | 09/01/2018 |
| | | **New total payment:** Principal, interest, and escrow, if any | $453.33 |

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   | | | | |
   |---|---|---|---|
   | Current escrow payment: | $131.37 | New escrow payment: | $138.64 |

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   | | | | |
   |---|---|---|---|
   | Current interest rate: | % | New interest rate: | % |
   | Current principal and interest payment | $ | New principal and interest payment: | $ |

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   **Reason for change:**

   | | | | |
   |---|---|---|---|
   | Current mortgage payment: | $ | New mortgage payment: | $ |

| Debtor 1 | John A. Reitter | Case Number *(if known)* | 2:14-bk-56040 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐   I am the creditor.

☒   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| ✗ | /s/ Natalie E. Lea | | Date | 07/30/2018 |
|---|---|---|---|---|
| | Signature | | | |

| Print: | Natalie E. Lea | | Title | Authorized Agent for Specialized Loan Servicing, LLC |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

Company   Bonial & Associates, P.C.

Address   14841 Dallas Parkway, Suite 425
          Number          Street

          Dallas, Texas  75254
          City           State           Zip Code

Contact phone   (972) 643-6600          Email   POCInquiries@BonialPC.com

---

**CERTIFICATE OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before July 30, 2018 via electronic notice unless otherwise stated:

**Debtor**  *Via U.S. Mail*
John A. Reitter
639 Logan Avenue
Mingo Junction, OH 43938

**Co-Debtor**  *Via U.S. Mail*
Dawn M. Reitter
639 Logan Avenue
Mingo Junction, OH 43938-1211

**Debtors' Attorney**
Thomas Mck Hazlett
Hanlon, Estadt, McCormick & Schramm
46457 National Road West
Saint Clairsville, OH  43950

**Chapter 13 Trustee**
Faye D. English
10 West Broad Street Suite 900
Columbus, Ohio 43215-3449

Respectfully Submitted,

/s/  Natalie E. Lea